IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN THE MATTER OF THE ARREST OF:          )
Christopher Goodin                                            )
                                                                        )          Case No. 1:18mj3280
                                                                        )

    I, Kelly Liberti, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

    1.    I have been employed as a Special Agent of the FBI since November, 1995, and am currently assigned to the Violent Crime Squad in the Cleveland Division.  While employed by the FBI, I have investigated federal criminal violations related to child abduction, child exploitation, child pornography and cyber crimes.  I have gained experience through training at the FBI Academy and everyday work relating to conducting these types of investigations.  I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media

    2.    I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

    3.    This affidavit is being submitted for the limited purpose of establishing probable cause that CHRISTOPHER GOODIN, currently residing at 112 Kentucky Drive, Elyria, Ohio, has violated Title 18 U.S.C. § 2252A(a)(2)(A) (receipt and distribution of child pornography).

## PROBABLE CAUSE

4.     The statements contained in this affidavit are based in part on:  written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, the results of physical and electronic surveillance conducted by law enforcement officers; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent (SA) with the FBI.  This affidavit includes only those facts that I believe are necessary to establish probable cause and does not include all of the facts uncovered during the investigation.

5.     On August 18, 2018, the FBI Salt Lake City Division received a complaint about a juvenile female victim, date of birth XX/XX/2006, who was enticed over the mobile application "Kik" to send pornographic photos of herself to an adult male via the Internet.

6.     On August 27, 2018, the mother of the juvenile female victim, RB, told investigators her daughter disclosed to her that she sent photographs of her vagina, breasts and buttocks to unknown men over the Internet and had engaged in sexually explicit conversations with these men.  RB provided consent for her daughter's cell phone to be examined and investigators found the above described images, as well as evidence of contact with Kik users with the screen names"Shorty853" and "Sambam01".

7.     On September 4, 2018, a forensic interview was conducted with the juvenile female victim.  The juvenile female victim said she received a phone in the summer of 2018 and started communicating with people over the mobile app "Live.me".  Through Live.me, the juvenile female victim met "Shorty853", whom the juvenile female victim believed to be a minor female like herself.   Shorty853 told the juvenile female victim to download the mobile app "Kik"

and the juvenile female victim did so, signing up with the screen name "Fungirl2901".  The juvenile female victim said on at least one instance, Shorty853 sent her sexually explicit photos of a minor female and the juvenile female victim believed those photos to be of Shorty853.  In return, the juvenile female victim sent sexually explicit photos of herself to Shorty853.

8.  The juvenile female victim said Shorty853 told her she was being harassed by another Kik user named Sambam01.  Shorty853 said she was not allowed to be on Kik and Sambam01 knew her cousin and threatened to "tell on her".  Shorty853 told the juvenile female victim if her mom found out she was on Kik, her phone would be taken away.  The juvenile female victim contacted Sambam01 on Kik and asked him to leave Shorty853 alone and not tell on her.   In response, Sambam01 directed the juvenile female victim to send sexually explicit photographs of herself to Sambam01.  The juvenile female victim sent sexually explicit photographs to Sambam01 via Kik.  The juvenile female victim said after she sent the pictures, Sambam01 told her he deleted Shorty853 from his contact list.  The juvenile female victim said she was contacted by Sambam01 again and on this occasion he asked for more naked pictures of her and said if she didn't send them within three hours he would tell Shorty853's cousin that Shorty853 was on Kik.  The juvenile female victim sent additional sexually explicit pictures to Sambam01 within the three hour deadline.  The juvenile female victim said in total she sent between 10-20 explicit photos of herself to Sambam01 and he sent her one picture of his penis.  The juvenile female victim said Shorty853 and Sambam01 both told her they lived in Ohio.

09.    The examination of the phone used by the juvenile female victim contained Kik conversations between her and Sambam01 and her and Shorty853.  The user profile for Sambam01 showed Sambam01 has been on Kik for 2094 days, with the profile picture being a

3

martini glass.  The profile for Shorty853 showed Shorty has been on Kik for 2299 days, with the profile picture being a person on a motorcycle.  The following are chat excerpts in order to give a brief overview of what was found during the examination:

Chat between Fungirl2901 and Sambam01:

S:     *I was enjoying my dirty daughter*

F:     *I know you were it just felt a little uncomfortable for me me becuz I'm lesbian.*

S:     *Oh thought you were bi*

F:     *Well I am but I mostly like girls*

S:     *But you got wet when I showed you my cock right!*

F:     *Ya*

S:     *Yeah.  Wish you were really sucking it.  Then letting daddy pop your cherry*

S:     *I want you to sit that pussy on my mouth my sweet lil girl*

F:     *Mmm*

S:     *You want to feed Daddy your pretty lil holes baby*

Chat between Fungirl2901 and Shorty853 about parents

S:     *Yeah, she's been acting weird last few days, always asking what I'm doing*

F:     *My mom does that too*

S:     *Crazy right*

F:     *Yeah, moms are so over protective these days with all the shiz that's been happening in the world.*

S:     *Ugh.  Wish we lived close.*

F:     *what would you do if we met*

4

S:      *Kiss you and hug you.  Everything.*

F:      *What time do you go to bed*

S:      *She usually tells me to at 10:30.  It's 9:30 here now.*

<u>Chat between Fungirl2901 and Shorty853 about Sambam01</u>

F:      *he is gone!!  Forever!*

S:      *Omg I know!  He texted me like 5 minutes ago and said you handled it and that you're a good girl.  Omg I love you.*

F:      *I love you.*

10.    Your Affiant reviewed the photographs found in the juvenile female victim's phone that were sent to and/or received from both Shorty853 and Sambam01.  The images are categorized as possible child pornography and were evaluated to contain visual depictions of real minors engaged in sexually explicit conduct, to include lascivious exhibition of the genitals or pubic area.  A sample of the photographs are further described below in order to give a brief overview of what was found:

**File name:** imgcache.0_embedded_140:  Image of the juvenile female victim masturbating her vagina.

**File name:**  imgcache.0_embedded_134:  Image of the juvenile female victim sitting with her legs spread, exposing her vagina and masturbating.

**File name:**  imgcache.0_embedded_96:  Image of the juvenile female victim exposing her vagina to the camera

**File name:**  KKW2V2UQ.cnt:  Image of an erect male penis

**File name:**  ZJkOc8.cnt:  Image of a prepubescent female child (not the juvenile female

victim) lying naked with her legs spread to expose her vagina to the camera.

11.     The juvenile victim's mother, RB, discovered these conversations and contacted Sambam01 and Shorty853 prior to contacting the FBI, thereby tipping Sambam01 and Shorty853 off to the fact that contact with law enforcement was possible.  After contacting the FBI, RB provided consent for the FBI to use the juvenile female victim's Kik account to continue talking to Sambam01 and Shorty853 in an undercover capacity.

12.     On August 28, 2018, an administrative subpoena was sent to Kik for subscriber information on Shorty853 and Sambam01.  Kik complied with the subpoena and indicated both Kik accounts were regularly accessing the Internet from the same IP address,174.100.49.72, which resolved to Charter Communications/Time Warner Cable.  Additionally, both Kik user names were registered with similar e-mail addresses, c.jonon@yahoo.com and c.jonon@gmail.com.

13.     On August 29, 2018, an administrative subpoena was sent to Charter Communications/Time Warner cable pertaining to the user of the IP address 174.100.49.72.   On September 25, 2018, Charter Communications complied and identified the subscriber of the IP address as Meaghan Camp, 112 Kentucky Drive, Elyria, Ohio.  A search of public records showed her spouse to be Christopher Goodin, also residing at that residence.  Further investigation showed Goodin had an active profile on the dating site "Plenty of Fish" under the name "shorty0507" and in his profile, instructed people to contact him on Kik at "shorty853".

14.     On September 4, 2018, a Salt Lake City Division FBI Special Agent, acting in an undercover capacity as Fungirl2901, contacted Shorty853 on Kik.  The following message was sent with no response:

F:      *Hey.  Miss you. Hey I really miss you.  I don't know why you are being so mean.  I really need you.*

15.     On September 4 and 5, 2018, a Salt Lake City Division FBI Special Agent, acting in an undercover capacity as Fungirl2901, contacted Sambam01 on Kik.  The two had the following exchange in which Sambam01 claimed his account was hacked:

September 4, 2018

F:      *Hey.  Can you pass a message to shorty plz*

S:      *Who are you*

F:      *uhhh shortys gf jeez.  Just haven't heard from her*

S:      *Uh idk you or no shorty.  I just got my account back like 3 days ago.  Someone hacked my account.  Now I got like 15 people hitting me up asking me for pics and stuff.  Like sorry but not the one.*

F:      *hope you find the guy who hacked you*

S:      *yeah me too.  So far it's been nothing but issues.  And punk ass bitches talking shit saying they want to kill me.  Like I'm 16 why would someone want to kill me.*

September 5, 2018

F:      *hey if you find out who hacked your account could you let me know.  I really need to get in touch with her.*

F:      *Hey did you ever find out who shorty was?  Pleeeeze let me know.*

S:      *Yeah, I guess some guys daughter was using his phone and account.  So he's pissed.*

F:      *serious???*

7

S:      *Yeah, I sent him screenshots of everything I could.*

F:      *screenshots?  Were any of the screenshots including stuff I said?*

S:      *Our conversation… you saying you were looking for your gf.  I'm not really sure what your inferring by getting nervous about screenshots of our conversation ma'am.   Nothing in it is wrong.  Your gay.  That's nothing to be ashamed of.  He didn't seem upset his daughter was gay.  He was upset that some hacker was trying to involve himself in your conversation with his daughter but he didn't seem upset about anything regarding you and your gf.*

F:      *well, I had sent pics to this account before and to shorty.*

Your affiant notes there was no response to this last message.

16.      On September 28, 2018, your affiant queried the United States Postal Service (USPS) for 112 Kentucky Drive, Elyria, Ohio.  On October 1, 2018, the USPS confirmed Christopher Goodin was currently receiving mail at 112 Kentucky Drive, Elyria, Ohio.

17.      On October 4, 2018, United States Magistrate Judge William H. Baughman, Jr. signed a search warrant authorizing the search of 112 Kentucky Drive, Elyria, Ohio for evidence of child pornography.

18.      On October 10, 2018, the FBI and officers from the Elyria, Ohio Police Department executed the warrant at 112 Kentucky Drive, Elyria, Ohio.

19.      Christopher Goodin was present and was interviewed.   He admitted to using the name "Shorty853" for all of his social media accounts, including Kik and Live.me.  He denied communicating with "Fungirl2901" and denied using the "Sambam01" username.  Goodin's Samsung phone was located in his bedroom, plugged in and charging.  Goodin identified the phone as the one he uses on a routine basis.  The phone was locked.  Goodin unlocked the phone

using an iris scan. A preview of the phone was conducted and photos of the female juvenile victim were located in the photos section. These were the same photos described above in paragraph 10.

## CONCLUSION

8.      Based on the foregoing, there is probable cause to believe that Christopher Goodin violated Title 18 U.S.C. § 2252A(a)(2)(A) (receiving and distributing child pornography) .

9.      Your Affiant respectfully requests the Court issue an arrest warrant for CHRISTOPHER GOODIN.

Special Agent Kelly Liberti

Sworn to via telephone after
submission by reliable electronic
means. Crim.Rules. 4.1; 41(d)(3)



Thomas M. Parker
United States Magistrate Judge
**Electronically Signed at Cleveland, Ohio**
2 05 PM, Oct 10, 2018

9