UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHRISTOPHER GOODIN, | : | CASE NO. 1:18-cr-00617 |
| | : | |
| Petitioner, | : | OPINION & ORDER |
| | : | [Resolving Doc. 48] |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

For the reasons discussed below, the Court **DECLINES** to enter a certificate of appealability.

Petitioner Christopher Goodin pled guilty to child sex-related offenses and received a below Guidelines sentence.  Goodin challenged his sentence on direct appeal.  The Sixth Circuit affirmed.[1]

Goodin's *pro se* 28 U.S.C. § 2255 petition does not present issues on which reasonable jurists could debate.[2]  His challenges to the financial penalties the Court imposed amount to an attempt to relitigate issues resolved on direct appeal.[3]  And his claims regarding the application of the U.S.S.G. § 4B1.5(b)(1) enhancement and the imposition of the minor contact restriction both lose under Sixth Circuit precedent.

IT IS SO ORDERED.

Dated: March 21, 2022

*s/     James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[1] *United States v. Goodin*, 815 F. App'x 860 (6th Cir. 2020), *cert. denied*, 141 S. Ct. 388 (2020).
[2] *Miller-El v. Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003) (quotation marks and citation omitted).
[3] *Cf. Braden v. United States*, No. 19-5987, 2019 WL 8111957, at *2 (6th Cir. Dec. 10, 2019).